UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP W. BAXTER and NOLA BAXTER,

Plaintiffs,

v.

NATIONAL SAFETY COUNCIL, et al.,

Defendants.

CASE NO. C05-0752C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter is before the Court on Plaintiffs' motion to continue various pretrial deadlines. (Dkt. No. 22.) The discovery cutoff and dispositive motions deadline have both expired in this case. Those deadlines will not be extended, nor the trial date continued, except by a showing of good cause by Plaintiff. *See* FED. R. CIV. P. 16(b). Plaintiffs are free to file a motion requesting the continuance of these dates, but the required showing of good cause is absent from the present record. *See* Local Rule CR 16(n)(1) ("In order to accomplish effective pretrial procedures and to avoid wasting time of the parties, counsel, and the court, [pretrial deadlines] will be strictly enforced.").

Nonetheless, based on the production of documents by Defendants after the discovery cutoff, the Court will GRANT Plaintiffs' request for a continuance of continue the noting date for Defendants'

MINUTE ORDER – 1

1  motion for summary judgment (Dkt. No. 17.)  That motion is hereby RENOTED for consideration on

2  August 18, 2006.  Per Local Rule CR 7(d)(3), Plaintiffs' response is due by Monday, August 14, 2006.

3  No further extensions of time will be considered absent a compelling showing of good cause.

4  DATED this 2nd day of August, 2006.

5  BRUCE RIFKIN, Clerk of Court

7  By    */s/ C. Ledesma*

   Deputy Clerk

26 MINUTE ORDER – 2